SEALED

FILED

MAY 20 2014

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
          DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

2:14-MJ-0113 DAD

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF ) | S.W. No. |
| ) | DAD |
| LISA GRAEF ) | [~~PROPOSED~~] ORDER RE: |
| ) | REQUEST TO SEAL DOCUMENTS |

Upon application of the United States of America and good cause having been shown, IT IS HEREBY ORDERED that the arrest warrant, arrest warrant affidavit, and criminal complaint in the above-captioned proceeding shall be filed under seal and shall not be disclosed to any person unless otherwise ordered by this Court, with the exception that a copy of the arrest warrant, arrest warrant affidavit, and criminal complaint will be provided to the defendant.

Dated: 5/20/14

_____
DALE A. DROZD
United States Magistrate Judge
Eastern District of California