1    HEATHER E. WILLIAMS, #122664
     Federal Defender
2    MATTHEW C. BOCKMON, #161566
     Assistant Federal Defender
3    Designated Counsel for Service
     801 I Street, 3rd Floor
4    Sacramento, CA  95814
     Telephone: (916) 498-5700
5
     Attorney for Defendant
6    LISA GRAEF

7
                    IN THE UNITED STATES DISTRICT COURT
8
                    FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10   UNITED STATES OF AMERICA,          )   Case No. 14-cr-159 MCE
                                        )
11                     Plaintiff,       )   STIPULATION AND ORDER
                                        )   CONTINNUING STATUS CONFERENCE
12           v.                         )   AND EXCLUDING TIME
                                        )
13   LISA GRAEF,                        )   Date:    September 25, 2014
                                        )   Time:    9:00 a.m.
14                     Defendant.       )   Judge:  Morrison C. England, Jr.
                                        )
15   _____

16        IT IS HEREBY STIPULATED by and between the parties hereto through their

17   respective counsel, KYLE REARDON, Assistant United States Attorney, attorney for Plaintiff,

18   and MATTHEW C. BOCKMON, attorney for LISA GRAEF, that the status conference hearing

19   date of August 14, 2014 be vacated, and the matter be set for status conference on September 25,

20   2014 at 9:00 a.m.

21        This continuance is to allow defense counsel additional time to review discovery with the

22   defendant, as well as continue negotiations toward resolving the case.

23        Based upon the foregoing, the parties agree that the time under the Speedy Trial Act

24   should be excluded from the date of signing of this order through and including August 14, 2014

25   pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and Local Code

26   T4 based upon continuity of counsel and defense preparation.

27   / / /

28   / / /

1    DATED: August 11, 2014              HEATHER E. WILLIAMS
                                         Federal Defender
2

3                                        /s/ Matthew C. Bockmon
4                                        MATTHEW C. BOCKMON
                                         Assistant Federal Defender
5                                        Attorney for LISA GRAEF

6

7    DATED: August 11, 2014              BENJAMIN B. WAGNER
                                         United States Attorney
8

9                                        /s/ Kyle Reardon
10                                       KYLE REARDON
                                         Assistant U.S. Attorney
11                                       Attorney for Plaintiff

12                                    **<u>ORDER</u>**

13          UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the

14   August 14, 2014, status conference hearing is continued to September 25, 2014, at 9:00 a.m.

15   Based on the representation of defense counsel and good cause appearing there from, the Court

16   hereby finds that the failure to grant a continuance in this case would deny defense counsel

17   reasonable time necessary for effective preparation, taking into account the exercise of due

18   diligence.   The Court finds that the ends of justice to be served by granting a continuance

19   outweigh the best interests of the public and the defendant in a speedy trial.

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28

Stipulation to Continue Status Conference          -2-          *US v. Graef, 14-cr159 MCE*

Time up to and including the September 25, 2014 status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel reasonable time to prepare.

IT IS SO ORDERED.

Dated:  August 13, 2014

MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT