HEATHER E. WILLIAMS, #122664
Federal Defender
MATTHEW C. BOCKMON, #161566
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700

Attorney for Defendant
LISA GRAEF

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 14-cr-159 MCE |
| Plaintiff, | (AMENDED) STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME |
| v. | |
| LISA GRAEF, | Date:  March 19, 2015<br>Time:  9:00 a.m.<br>Judge: Morrison C. England, Jr. |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, HEIKO COPPOLA, Assistant United States Attorney, attorney for Plaintiff, HEATHER WILLIAMS, Federal Defender, through Assistant Federal Defender MATTHEW C. BOCKMON, attorney for LISA GRAEF that the status conference hearing date of January 15, 2015 be vacated, and the matter be set for status conference on March 19, 2015 at 9:00 a.m.

This continuance is to allow defense counsel to meet and confer with the defendant to review the plea agreement.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded of this order's date through and including March 19, 2015; pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4 based upon continuity of counsel and defense preparation.

/ / /

/ / /

| | | |
|---|---|---|
| 1 | DATED: January 12, 2015 | HEATHER E. WILLIAMS<br>Federal Defender |
| | | |
| | | /s/ Matthew C. Bockmon<br>MATTHEW C. BOCKMON<br>Assistant Federal Defender<br>Attorney for LISA GRAEF |
| 7 | DATED: January 12, 2015 | BENJAMIN B. WAGNER<br>United States Attorney |
| | | |
| | | /s/ Matthew C. Bockmon<br>HEIKO COPPOLA<br>Assistant U.S. Attorney<br>Attorney for Plaintiff |

**ORDER**

The Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the time from the date the parties stipulated, up to and including March 19, 2015, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). It is further ordered the January 15, 2015 status conference shall be continued until March 19, 2015, at 9:00 a.m.

IT IS SO ORDERED.
Dated:  January 14, 2015

MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT