HEATHER E. WILLIAMS, #122664
Federal Defender
MATTHEW C. BOCKMON, #161566
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA  95814
Telephone: (916) 498-5700

Attorney for Defendant
LISA GRAEF

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 14-cr-159 MCE |
|---|---|---|
| Plaintiff, | ) ) | STIPULATION AND ORDER CONTINUING STATUS CONFERENCE/CHANGE OF PLEA AND EXCLUDING TIME |
| v. | ) ) | |
| LISA GRAEF, | ) ) | Date:  June 11, 2015 Time:  9:00 a.m. |
| Defendant. | ) ) | Judge: Morrison C. England, Jr. |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, HEIKO COPPOLA, Assistant United States Attorney, attorney for Plaintiff, HEATHER WILLIAMS, Federal Defender, through Assistant Federal Defender MATTHEW C. BOCKMON, attorney for LISA GRAEF that the status conference/change of plea hearing date of May 21, 2015 be vacated, and the matter be set for status conference/change of plea on June 11, 2015 at 9:00 a.m.

The continuance is requested for defense counsel to meet and confer with the defendant regarding the proposed plea offer and resolution of this case.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded of this order's date through and including June 11, 2015;  pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4 based upon continuity of counsel and defense preparation.

/ / /

DATED: May 19, 2015                HEATHER E. WILLIAMS
                                   Federal Defender


                                   */s/ Matthew C. Bockmon*
                                   MATTHEW C. BOCKMON
                                   Assistant Federal Defender
                                   Attorney for LISA GRAEF


DATED: May 19, 2015                BENJAMIN B. WAGNER
                                   United States Attorney


                                   */s/ Heiko Coppola*
                                   HEIKO COPPOLA
                                   Assistant U.S. Attorney
                                   Attorney for Plaintiff

## ORDER

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the time from the date the parties stipulated, up to and including June 11, 2015, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). It is further ordered the May 21, 2015 status conference/change of plea shall be continued until June 11, 2015, at 9:00 a.m.

IT IS SO ORDERED.

Dated:  May 26, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT