HEATHER E. WILLIAMS, #122664
Federal Defender
ALEXANDRA P. NEGIN, #250376
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700

Attorney for Defendant
LISA GRAEF

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 14-cr-159 MCE |
| Plaintiff, | ORDER TO SEAL PORTIONS OF DOCUMENT |
| v. | |
| LISA GRAEF, | |
| Defendant. | |

Pursuant to Local Rule 141(b) and based upon the representation contained in Defendant's Request to Seal, it is hereby ordered that portions of Defendant's Sentencing Memorandum shall be sealed and the document be filed in redacted form so that private mental health information is not available on the public docket. It is further ordered that the unredacted document be provided to the Court and Assistant United States Attorney Heiko Coppola.

///

///

///

///

///

///

///

Order         -1-

The Court has considered the factors set forth in *Oregonian Publishing Co. v. U.S. District Court for the District of Oregon*, 920 F.2d 1462 (9th Cir. 1990).  The Court finds that, for the reasons stated in Defendant's request, sealing portions of the Sentencing Memorandum serves a compelling interest.  The Court further finds that, in the absence of closure, the compelling interests identified by the Defendant would be harmed.  In light of the public filing of its request to seal, the Court further finds that there are no additional alternatives to sealing that would adequately protect the compelling interests identified by the Defendant.

IT IS SO ORDERED.

Dated:  February 16, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE